**SO ORDERED: October 3, 2017.**



Jeffrey J. Graham
United States Bankruptcy Judge

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF INDIANA
TERRE HAUTE DIVISION

In Re:                                        Case No. **16-80774-JJG-13**

    James Morrison
    xxx-xx-5758
        Debtor(s)

To:

    Verdico Recycling Midwest, Inc.
    Attn: Payroll Department
    10535 James Adams Street
    Terre Haute, IN 47805
    (hereinafter "the Employer")

## AMENDED ORDER DIRECTED TO EMPLOYER TO PAY TRUSTEE

    The above named debtor(s) have filed for relief under Chapter 13 of the United States Bankruptcy Code and having submitted all future income to the jurisdiction of this court in accordance with the statute, it is,

    ORDERED, ADJUDGED AND DECREED by the court that until further order of this court, the Employer from whom the debtor receives income deduct from said income of **$470.00** each month (may be withheld bi-weekly or weekly) beginning immediately and deduct a similar amount each pay period thereafter, including any period for which the debtor receives periodic or lump sum payment as a result of vacation, termination, or other benefits payable to the debtor and to remit the deductions to:

### OFFICE OF STANDING CHAPTER 13 TRUSTEE

Donald L. Decker
Chapter 13 Trustee
P.O. Box 206
Memphis, TN 38101-0206

**(Note: The debtor name and case number must be included with the remittance)**

IT IS FURTHER ORDERED that the employer shall notify trustee if the debtor's income is terminated;

IT IS FURTHER ORDERED THAT NO DEDUCTIONS ON ACCOUNT OF ANY GARNISHMENT, WAGE ASSIGNMENT, OR CREDIT UNION BE MADE FROM THE INCOME OF SAID DEBTOR.

IT IS FURTHER ORDERED that this order supersedes previous orders made to the employer in this case.

###