SO ORDERED: November 7, 2018.


Jeffrey J. Graham
United States Bankruptcy Judge

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF INDIANA
TERRE HAUTE DIVISION

In Re:  　　　　　　　　　　　　　　　　　　　　　CASE NO.  16-80774-JJG-13
　　　JAMES PAUL MORRISON
　　　　　Debtor
　　　Social Security No.:  ###-##-5758

To:　　VERDICO RECYCLING MIDWEST INC
　　　ATTN:  PAYROLL DEPT
　　　10535 JAMES ADAMS ST
　　　TERRE HAUTE, IN 47805-
　　　(hereinafter "the Employer")

**<u>AMENDED
ORDER DIRECTED TO EMPLOYER
TO PAY TRUSTEE</u>**

　　　The above named debtor has filed for relief under Chapter 13 of the United

States Bankruptcy Code and having submitted all future income to the jurisdiction of this

court in accordance with the statute, it is,

　　　ORDERED, ADJUDGED AND DECREED by the Court that until further order of

this court, the Employer from whom the debtor receives income deduct from said

income the sum of **$920.00** each month (may be withheld bi-weekly or weekly) beginning immediately and deduct a similar amount each pay period thereafter, including any period for which the debtor receives periodic or lump sum payment as a result of vacation, termination, or other benefits payable to the debtor and to remit the deductions to:

**DONALD L. DECKER**
**CHAPTER 13 TRUSTEE**
**P.O. BOX 206**
**MEMPHIS, TN 38101-0206**

*The debtor name and case number must be included with the remittance.*

IT IS FURTHER ORDERED that the employer shall notify trustee if the debtor's income is terminated;

IT IS FURTHER ORDERED THAT this order supersedes previous orders made to the employer in this case.

###